**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSE LUIS QUIROZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | Civil No.: 1:22-cv-02394<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Sheila Finnegan |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jose Luis Quiroz, through his undersigned counsel, hereby gives notice of voluntary dismissal of the above-captioned action in its entirety, with each party to bear their own attorneys' fees and costs.

Dated: July 29, 2022

Respectfully submitted,

*/s* Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.4478
jguglielmo@scott-scott.com

Joseph A. Pettigrew
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619.233.4565
jpettigrew@scott-scott.com

*Attorneys for Plaintiff*