## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jose Luis Quiroz
                    Plaintiff,

v.                                                          Case No.: 1:22–cv–02394
                                                            Honorable Martha M. Pacold

7–Eleven, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 29, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Voluntary Dismissal [16], this case is hereby dismissed, with each party to bear their own attorneys' fees and costs. Civil case terminated. (rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.